United States District Court
Middle District of Florida

Devin Eric Lamm
168538

Vs.

Florida Dept. Of Corrections

3:21-cv-535-TJC-JRK

FILED 2021 MAY 25 AM 11:38

## Emergency Request For Help and Protection

Please, as a Federal Court you have the power to protect me and make the retaliatory acts occuring against me stop.

Ive wrote numerous grievances about Lieutenant Young and his 4 to 12 shift retaliations, violations and many other topic complaints. And they continue to retaliate in any way or form neccesary.

They keep paying and using another mental health status inmate bearing to spit and poison my food trays.

Per policy and rule, this inmate is not even suppose to touch, serve or pass my food trays. But they continue to illegally use this inmate because they know he will accept the payments to mess with my food.

(1 of 2)

This inmate Berring is another mental health status patient like me who is not assigned by I.C.T. to touch, pass or serve our food trays.

This same inmate Berring who lives in Q1206 accepted payment from a Lieutenant to break my tablet, and accepted drug payment from Officer Griffin on 5/8/21 to assault me with a food tray on camera and I wrote them up on grievances but no action has been taken.

So this letter alone will prove that staff know about whats going on and the warden and he ignores and refuses to take affirmative action to stop this or prevent it so this will satisfy the "deliberate indifference" standard of proof for my "failure to protect" claim.

This Lt. Young and his staff do not abide and follow orders from their superiors they have no respect for authority. They continue to retaliate and cause me harm and nothing is done about it.

I got to eat to live and I'm so tired of this inmate Berring tampering and spitting and poisoning my food. Please do something?? I must eat to live and I'm missing food.

Devin Lamm 168538
Wakulla C.I. Annex
110 Melaluca Dr.
Crawfordsville, FLA. 32327

2 of 2