UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEVIN ERIC LAMM,

    Plaintiff,

v.                                       Case No. 3:21-cv-535-BJD-JRK

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, an inmate of the Florida penal system, is proceeding pro se. Plaintiff filed a pleading titled "Emergency Request for Help and Protection" (Doc. 1) on May 26, 2021, in which he alleges that correctional staff are paying another inmate to spit in and poison his food trays and throw a food tray at Plaintiff.

    Plaintiff is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff

requests. Here, Plaintiff has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

Additionally, Wakulla Correctional Institution is located in the Northern District of Florida. Thus, any complaints Plaintiff has about his conditions of confinement at that facility should be filed in the United States District Court for the Northern District of Florida.

Accordingly, it is

**ORDERED:**

1.  This case is **DISMISSED without prejudice.**

2.  The **Clerk** shall enter judgment dismissing this case without prejudice and close the file.

3.  The **Clerk** shall send Plaintiff a civil rights complaint form and an affidavit of indigency form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file

a fully completed affidavit of indigency (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of June, 2021.

_____
BRIAN J. DAVIS
United States District Judge

caw 6/1
c:
Devin Eric Lamm, #168538